**William Douglas DAWSON,
Jr., Plaintiff–Appellant,**

v.

**Ass. Warden Denis BUSH, Individually
and in their official capacity; Warden
Larry Cartledge, Individually and in
their official capacity; Ass. Warden
Florence Mauney, Individually and in
their official capacity, Defendants–Appellees.**

**No. 15–6325.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 23, 2015.

Decided: July 27, 2015.

William Douglas Dawson, Jr., Appellant Pro Se. James Victor McDade, Doyle, O'Rourke, Tate & McDade, PA, Anderson, South Carolina, for Appellee.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Douglas Dawson, Jr., appeals the district court's judgment accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Douglas v. Bush,* No. 4:13–cv–02236–DCN (D.S.C. Feb. 20, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*